1  RENEE CHOY OHLENDORF (SBN 263939)
   rchoy@hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
3  San Francisco, CA 94111
   Telephone:    415-362-6000
4  Facsimile:    415-834-9070

5  Attorneys for Defendant
   TD Bank USA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Deborah Lasquade, | Case No. 2:19-cv-01132-MCE-DB |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT T.D. BANK USA, N.A., TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| TransUnion, LLC; Experian Information Solutions, Inc.; Equifax Information Services, LLC; TD Bank USA, N.A., Synchrony Bank, Citibank, N.A., Webbank, Comenity Bank, and USAA Federal Savings Bank, | Complaint Filed: June 20, 2019 |
| Defendants. | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to Local Rule 144 and F.R.C.P. 6(b), Plaintiff Deborah Lasquade ("Plaintiff") and Defendant TD Bank USA, N.A. ("TD Bank"), hereby agree and stipulate as follows:

**WHEREAS**, Plaintiff filed the Complaint in the above-captioned lawsuit on June 20, 2019;

**WHEREAS**, TD Bank was served with the Summons and Complaint on or about June 25, 2019, and TD Bank's responsive pleading or motion to the Complaint is currently due on July 16, 2019.

**WHEREAS**, the parties have agreed that TD Bank will answer or otherwise respond to the Complaint, on or before August 13, 2019. This extension of time will not affect any pending court

dates or deadlines, nor will it prejudice any party herein.

**IT IS STIPULATED** that TD BANK USA, N.A., will answer or otherwise respond to the Complaint on or before August 13, 2019.

DATED: July 3, 2019                              HINSHAW & CULBERTSON LLP

By: /s/ *Renee Choy Ohlendorf*
RENEE CHOY OHLENDORF
Attorneys for Defendant
TD BANK USA, N.A.

DATED: July 3, 2019                              GALE, ANGELO, JOHNSON & PRUETT, P.C.

By: /s/ *Joseph Angelo*
JOSEPH ANGELO
Attorneys for Plaintiff
DEBORAH LASQUADE

### **FILER ATTESTATION**

I, Renee Choy Ohlendorf, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

*s/Renee Choy Ohlendorf*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 18, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE