| | |
|---|---|
| 1 | Katherine Carlton Robinson, Esq.  (IN #31694-49) |
|   |   *(admitted Pro Hac Vice)* |
| 2 | Schuckit & Associates, P.C. |
|   | 4545 Northwestern Drive |
| 3 | Zionsville, IN  46077 |
|   | Telephone:  317-363-2400 |
| 4 | Fax:  317-363-2257 |
|   | E-Mail:  krobinson@schuckitlaw.com |
| 5 |   |
| 6 | *Lead Counsel for Defendant Trans Union, LLC* |
|   | *Designated Counsel for Service* |

Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*
(Designated for service)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DEBORAH LASQUADE,<br>        Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; COMENITY BANK; USAA FEDERAL SAVINGS BANK; WEBBANK; CITIBANK, N.A.; SYNCHRONY BANK; and TD BANK USA, N.A.;<br>        Defendants. | CASE NO. 2:19-cv-01132-MCE-DB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Deborah Lasquade ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:19-cv-01132-MCE-DB**

Respectfully submitted,

Date: September 26, 2019     s/ Joseph Angelo (with consent)
Joseph Angelo, Esq
Gale Angelo Johnson & Pruett, P.C.
1430 Blue Oaks Blvd., Suite 250
Roseville, CA  95747
Telephone:  916-290-7778
Fax:  916-721-2767
E-Mail:  jangelo@gajplaw.com

*Counsel for Deborah Lasquade*

Date: September 27, 2019     s/ Katherine Carlton Robinson
Katherine Carlton Robinson, Esq.  (IN #31694-49)
   (admitted Pro Hac Vice)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone: 916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com

*Local Counsel for Defendant Trans Union, LLC*

**ORDER**

Pursuant to the stipulation of the parties, all claims of Plaintiff Deborah Lasquade against Defendant Trans Union, LLC are DISMISSED, with prejudice. Plaintiff Deborah Lasquade and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: September 30, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE