**FAEGRE BAKER DANIELS LLP**
MICHAEL JAEGER (SBN 289364)
michael.jaeger@faegrebd.com
11766 Wilshire Blvd., Suite 750
Los Angeles, CA 90025
Telephone: (310) 500-2090
Facsimile: (310) 500-2091

*Attorneys for Defendant*
WebBank

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Deborah Lasquade, <br><br> Plaintiff, <br><br> v. <br><br> TransUnion, LLC; Experian Information Solutions, Inc.; Equifax Information Services, LLC; TD Bank USA, N.A., Synchrony Bank, Citibank, N.A., Webbank, Comenity Bank, and USAA Federal Savings Bank <br><br> Defendants. | Case No. 2:19-cv-01132-MCE-DB <br><br> Hon. Morrison C. England, Jr. <br> Magistrate Judge Deborah Barnes <br><br> **ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT WEBBANK** |

Pursuant to the stipulation of the Parties, WebBank is dismissed with prejudice and each party shall bear its own attorneys' fees and costs. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: October 29, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE