Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Joe Angelo (State Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-279-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Deborah Lasquade

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| DEBORAH LASQUADE,<br><br>/Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>Defendant. | Case No.: 2:19-cv-01132-MCE-DB<br><br>**ORDER** |

## ORDER

Pursuant to the stipulation of the Parties, TD Bank USA, N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

DATED: January 31, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE