Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Deborah Lasquade

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| DEBORAH LASQUADE, | Civil Case No.: 2:19-cv-01132-MCE-DB |
| Plaintiff, | **ORDER** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; et. al. | |
| Defendants. | |

Pursuant to the stipulation of the Parties, Comenity Bank is dismissed with prejudice from the above-captioned action, and each party shall bear its own attorneys' fees and costs. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: February 12, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE