# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| DEBORAH LASQUADE,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*<br><br>    Defendant. | Case No.: 2:19-cv-01132-MCE-DB<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SYNCHRONY BANK** |

Pursuant to the stipulation of the Parties, Synchrony Bank is dismissed with prejudice, and each party shall bear its own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: February 20, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE